12/17/24

Greetings Honorable Judge Adams

Enclosed you will find, a Copy of The responce you sent. In refrence to me trying to aquire the, Transcript removing my Attorney from the Case # 4:20-CR-189 sealed Transcript.

However once again, Im asking for a Copy of the Transcript. The reasons for my request are

1. Im in the process of filing my 2255 in the Courts. I need the information from that transcript, inorder to adiquitally file my 2255
2. My attorney on my 2255 Case, asked me to aquire all the Paperwork. The Courts have in their possession, inrefrence

(2)

To the hearing held. Dismissing my previous attorney from my cases, I truly apologize for any inconvience my request may cause. yet its impartive for me to have those documents as well as other evidence in my 2255 motion

Respectfully

Terry Hambrick 17985-509
Greenville FCI
P.O. Box 5000
Greenville IL
62246

**UNITED STATES DISTRICT COURT**
**Southern District of Iowa**

Chambers of
**HELEN C. ADAMS**
U.S. Magistrate Judge
United States Courthouse
123 E. Walnut Street, Room 440
Des Moines, IA 50309

Tel: (515) 284-6101
Fax: (515) 284-6442

October 20, 2023

Mr. Terry Hambrick
# 17985-509
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246-0000

Re: Request for transcript of March 14, 2022, hearing

Dear Mr. Hambrick,

Our court reporter has received your request for the transcript of the attorney appointment hearing held March 14, 2022. You currently have no matter pending before the Court, and your appeal to the Court of Appeals for the Eighth Circuit is final.

The transcript you request is sealed due to the nature of the subject matter. Before the Court can properly assess your request for release of a sealed transcript, please respond to this letter and explain why you are requesting the transcript.

Yours truly,

Helen C. Adams

Helen C. Adams

/kb

Terry Hambrick #17985-509
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

SAINT LOUIS MO 630
27 DEC 2024 PM 5 L

HAPPY Holidays
FREEDOM

"X-RAYED & CLEARED BY U.S.M.S.

Tonya R. Gerk, CRP
United States District Court Reporter
123 East Walnut Street #197
Des Moines, Ia. 50309

50309-208499